

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00418-CV

**IN RE WOOD GROUP PSN INC.**, Miller Environmental Services L.L.C., Star Tex Gasoline & Oil Distributors Inc., Basic Energy Services Inc., Cameron Inc., Chacho's Vacuum Service Inc., Coastal Chemical Co. L.L.C., Flint Energy Services Inc., FTS International Services L.L.C., Helmerich & Payne International Drilling Co., Mission Petroleum Carriers Inc., Murphy Exploration & Production Company - USA, Murphy Oil Corporation, Plains All American Pipeline L.P., Rose Rock Midstream Field Services L.L.C., Stallion Oilfield Holdings Inc., Stevens Tanker Division L.L.C., Strike L.L.C., Stuart Petroleum Testers Inc., Sunline Energy Services Inc., T.D. Trucking L.L.C., and Thomas Petroleum L.L.C.

Original Mandamus Proceeding1

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Irene Rios, Justice

The Real Party in Interest's Motion to Extend Time to File Response is hereby GRANTED. Time is extended to August 10, 2018.

It is so ORDERED on this 11TH day of July, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court